RECEIVED
IN MONROE, LA.
AUG 0 8 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CLERVENTZ PAUL** | * | **CIVIL ACTION NO. 11-0474**<br>**Section P** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **JOHN SMITH, WARDEN** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 15] filed on behalf of respondents is **GRANTED**, and that the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this _8_ day of _August_ 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE